# United States Court of Appeals

**FOR THE EIGHTH CIRCUIT**

_____

No. 97-1296

_____

United States of America,    *
    *
        Appellee,    *
    *
    v.    *
    *
Anthony Wayne Law,    *
    *
        Appellant.    *

_____        Appeals  from  the  United States

District Court for the
No. 97-1340        Western  District  of Missouri

_____

        [UNPUBLISHED]

United States of America,    *
    *
        Appellee,    *
    *
    v.    *
    *
Tracy Taylor,    *
    *
        Appellant.    *

_____

Submitted:   July 1, 1997

Filed:   August 15, 1997

_____

Before McMILLIAN, FAGG and LOKEN, Circuit Judges.
_____

PER CURIAM.

In this consolidated appeal, Anthony W. Law and Tracy L. Taylor challenge the sentences imposed upon resentencing for drug offenses after their firearm convictions had been vacated in light of <u>Bailey v. United States</u>, 116 S. Ct. 501, 506 (1995).[1] We affirm.

Both Law and Taylor argue that the district court lacked authority to resentence them on the drug convictions, and that imposition of a two-level enhancement under U.S. Sentencing Guidelines Manual § 2D1.1(b)(1) (1995) violates double jeopardy and due process. These contentions, however, are foreclosed by our recent decision in <u>United States v. Harrison</u>, 113 F.3d 135, 136-38 (8th Cir. 1997). We also reject their arguments that the district court improperly applied the section 2D1.1(b)(1) enhancement. There is abundant evidence that they possessed loaded and readily-accessible firearms to protect their drug-trafficking activities. <u>See</u> <u>United States v. Williams</u>, 10 F.3d 590, 595-96 (8th Cir. 1993).

Finally, we need not consider Taylor's challenge to a four-level enhancement under U.S. Sentencing Guidelines Manual § 3B1.1(a) (organizer or leader of criminal activity involving five or more participants), because a

---

[1]Law's sentence was imposed by the Honorable Howard F. Sachs, United States District Judge for the Western District of Missouri. Taylor's sentence was imposed by the Honorable Gary A. Fenner, United States District Judge for the Western District of Missouri.

different panel of this court considered and rejected his position on this issue in his previous appeal. See United States v. Taylor, No. 91-2123, slip op. at 1 (8th Cir. Mar. 24, 1992) (unpublished per curiam).

Accordingly, the judgments of the district court are affirmed.

A true copy.

Attest:

CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.